IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02768-CMA-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$374,859.00 IN UNITED STATES CURRENCY, and
2003 VOLVO XC90, VIN YV1CZ91H731006981,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Unopposed Motion to Stay Proceedings** [Docket No. 13; Filed February 4, 2011] (the "Motion") filed by Claimant Derek Little ("Claimant"). 18 U.S.C. § 981(g)(2)(A) provides as follows: "Upon the motion of a claimant, the court shall stay the civil forfeiture proceeding with respect to that claimant if the court determines that the claimant is the subject of a related criminal investigation or case." Claimant represents that he is the subject of a criminal case pending in Jefferson County District Court that is related to this civil forfeiture proceeding.  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

    IT IS FURTHER **ORDERED** that this case is stayed as to Claimant Derek Little pending resolution of Claimant's criminal case in Jefferson County District Court.

    IT IS FURTHER **ORDERED** that Claimant shall immediately notify the Court when his criminal case in Jefferson County District Court is resolved.

    Dated:  February 9, 2011