IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02768-RBJ-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$374,859.00 IN UNITED STATES CURRENCY, and
2003 Volvo XC90, VIN YV1CZ91H731006981,

    Defendants.
_____

## JUDGMENT
_____

    Pursuant to and in accordance with the Final Order of Forfeiture entered by the Honorable Judge R. Brooke Jackson, and Rule 58(a) of the Federal Rules of Civil Procedure, the following JUDGMENT is hereby entered:

    1.    Forfeiture and full legal title to $363,859.00 of defendant $374,859.00 in United States Currency is hereby entered in favor of the United States; and

    2.    The United States may dispose of the above-described forfeited property in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement.

    Dated at Denver, Colorado this ___23rd___ day of October, 2012.
                                         FOR THE COURT:

                                         JEFFREY P. COLWELL, CLERK

                                         By: s/ Edward P. Butler_____
                                             Edward P. Butler, Deputy Clerk

1