IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02768-RBJ-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$374,859.00 IN UNITED STATES CURRENCY, and
2003 Volvo XC90, VIN YV1CZ91H731006981,

    Defendants.
_____

## ORDER REOPENING CASE
_____

THIS MATTER comes before the Court on the United States' Unopposed Motion to Reopen Case, the Court having reviewed said Motion FINDS:

THAT the United States has shown that good cause exists to reopen this case.

THEREFORE, it is hereby ordered that the captioned case is reopened.

SO ORDERED this 25th day of November, 2013.

                                                  BY THE COURT:

                                                _____
                                                R. BROOKE JACKSON
                                                United States District Court Judge