IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02768-RBJ-KLM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

$374,859.00 IN UNITED STATES CURRENCY, and
2003 Volvo XC90, VIN YV1CZ91H731006981,

       Defendants.
_____

### AMENDED FINAL ORDER OF FORFEITURE AS TO
### DEFENDANT 2003 VOLVO XC90, VIN YV1CZ91H731006981
_____

THIS MATTER comes before the Court on the United States' Unopposed Motion for Amended Final Order of Forfeiture as to defendant 2003 Volvo XC90, the Court having reviewed said Motion FINDS:

THAT the United States commenced this action *in rem* pursuant to 21 U.S.C. § 881;

THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

THAT sole claimant Derek Little, through Ariel Benjamin, Esq., has filed a Verified Statement in Interest and Answer to the Verified Complaint;

THAT a Final Order of Forfeiture was entered in this matter on October 22, 2012;

THAT the October 22, 2012, Final Order of Forfeiture will remain in full force and effect as to defendant $374,859.00 in United States Currency;

THAT the United States and sole claimant Derek Little, through Ariel Benjamin,

1

Esq., have reached a new settlement as to defendant 2003 Volvo XC90, and have filed an Amended Settlement Agreement with the Court resolving all issues in dispute;

THAT no other claims to the defendant property have been filed;

THAT upon agreement of the parties, claimant Derek Little agrees to forfeit defendant 2003 Volvo XC90 to the United States pursuant to 21 U.S.C. § 881;

THAT upon agreement of the parties, the United States will sell defendant 2003 Volvo XC90, and return to claimant Derek Little, any net proceeds from the sale after all government costs associated with storage and sale of the vehicle have been paid;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 881.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT judgment of forfeiture of defendant 2003 Volvo XC90 is hereby entered in favor of the United States; the United States shall have full and legal title to the forfeited property, and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement; and

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted as to defendant 2003 Volvo XC90 pursuant to 28 U.S.C. § 2465.

SO ORDERED this 26th day of November, 2013.

BY THE COURT:

_____
R. BROOKE JACKSON
United States District Court Judge